**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 16-1566**

———————

ROSA GLORIA BENAVIDES-CASTRO,

          Petitioner,

     v.

LORETTA E. LYNCH, Attorney General,

          Respondent.

———————

On Petition for Review of an Order of the Board of Immigration Appeals.

———————

Submitted:  December 15, 2016     Decided:  January 4, 2017

———————

Before MOTZ, SHEDD, and THACKER, Circuit Judges.

———————

Petition denied by unpublished per curiam opinion.

———————

Timothy R. Woods, LAW OFFICE OF TIMOTHY R. WOODS, LLC, Baltimore, Maryland, for Petitioner.  Benjamin C. Mizer, Principal Deputy Assistant Attorney General, Melissa Neiman-Kelting, Senior Litigation Counsel, Anna Juarez, Office of Immigration Litigation, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Rosa Gloria Benavides-Castro, a native and citizen of El Salvador, petitions for review of an order of the Board of Immigration Appeals (Board) dismissing her appeal from the immigration judge's denial of her requests for asylum, withholding of removal, and protection under the Convention Against Torture. We have thoroughly reviewed the record, including the transcript of Benavides-Castro's merits hearing and all supporting evidence. We conclude that the record evidence does not compel a ruling contrary to any of the administrative factual findings, see 8 U.S.C. § 1252(b)(4)(B) (2012), and that substantial evidence supports the Board's decision, see INS v. Elias-Zacarias, 502 U.S. 478, 481 (1992).

Accordingly, we deny the petition for review for the reasons stated by the Board. In re Benavides-Castro (B.I.A. Apr. 21, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

PETITION DENIED

2